```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 64161
   MICKEY G MONTANA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-8153


------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/23/05 and confirmed on 03/16/06.

     2.  The case was dismissed after confirmation, 11/30/2007.

     3.  The Debtor paid a total of $   1985.22 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  UNSECURED           300.00            .00             .00
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED            .00             .00
CENTRUE BANK              UNSECURED        NOT FILED            .00             .00
COLLECTION PROFESSIONALS  UNSECURED           154.20            .00             .00
ENTERPRISE RENT A CAR     UNSECURED        NOT FILED            .00             .00
HEIGHTS FINANCE           UNSECURED           637.00            .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED           871.44            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          1192.11            .00             .00
MERRICK BANK              UNSECURED           987.67            .00             .00
TRINSIC                   UNSECURED        NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          1399.03            .00             .00
WELLS FARGO FINANCIAL AC  UNSECURED         32305.22            .00             .00
PREMIER BANKCARD/CHARTER  UNSECURED           445.77            .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED      PRIORITY      UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00      38292.44          .00        38292.44
PRINCIPAL PAID        .00          .00           .00          .00              .00
INTEREST PAID         .00          .00           .00          .00              .00
TOTAL PAID            .00          .00           .00          .00              .00
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $    3000.00
and was paid $    500.00  direct and $   1909.69  through the plan.

The Trustee received $      75.53 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/08/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```